IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREG GRISWOLD,

    Appellant,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

    　　　　　　　　　　　　　　　　Case No. 15-cv-250-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying appellant Greg Griswold's motion for leave to take an interlocutory appeal from the April 22, 2015 order of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 9/15/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |